| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Justin S. Boumans<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9260<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–10069–TPA | |

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Justin S. Boumans

<u>6/8/22</u>                                                                                **By the court:** <u>Thomas P. Agresti</u>
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10069-TPA |
| Justin S. Boumans | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 08, 2022 | Form ID: 318 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin S. Boumans, 26472 State Highway 98, Edinboro, PA 16412-4238 |
| 15453626 | + | Allegheny Clinical Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 15453627 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15453630 | + | Associated Clinical Laboratories, 1526 Peach Street, Erie, PA 16501-2190 |
| 15453631 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 15453635 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15453636 | + | Ellen Boumans, 26472 St. Hwy 98, Edinboro, PA 16412-4238 |
| 15453640 | + | Meadville Diagnostic, 751 Liberty Street, Meadville, PA 16335-2591 |
| 15453641 | | Meadville Medical Center, PO Box 801696, Kansas City, MO 64180-1696 |
| 15453654 | + | Rita Trace, 25776 Crossingville Road, Edinboro, PA 16412-4102 |
| 15453655 | + | Sharp Collections, 114 N. Mercer Avenue, PO Box 81, Sharpsville, PA 16150-0081 |
| 15453657 | + | TMS / Prime Mortgage, 135 Maxess Road, Melville, NY 11747-3801 |
| 15453661 | | USA Radiology of PA, PO Box 2153, Dept 5627, Birmingham, AL 35287-9283 |
| 15453662 | + | Valley Dental Center, PO Box E, 906 Washington St., Conneautville, PA 16406-7138 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: john.melaragno@txitrustee.com | Jun 08 2022 23:55:00 | John C. Melaragno, Trustee, 502 West 7th Street., Erie, PA 16502 |
| smg | EDI: PENNDEPTREV | Jun 09 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 08 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jun 09 2022 03:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 08 2022 23:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Jun 09 2022 03:58:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15453629 | + EDI: GMACFS.COM | Jun 09 2022 03:58:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Bloomington, MN 55438-0901 |
| 15453628 | + | EDI: GMACFS.COM | Jun 09 2022 03:58:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15453633 | + | EDI: CITICORP.COM | Jun 09 2022 03:58:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15453634 | + | EDI: CITICORP.COM | Jun 09 2022 03:58:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15453637 | + | Email/Text: BK@servicingdivision.com | Jun 08 2022 23:55:00 | Equity Prime Mortgag/t, 500 South Broad Street, Meriden, CT 06450-6643 |
| 15453638 | ^ | MEBN | Jun 08 2022 23:50:09 | FBCS, Inc., 330 Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 15453643 | + | Email/Text: Bankruptcies@nragroup.com | Jun 08 2022 23:55:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15453645 | + | Email/Text: Bankruptcies@nragroup.com | Jun 08 2022 23:55:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 15453649 | + | EDI: NAVIENTFKASMSERV.COM | Jun 09 2022 03:58:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15453647 | + | EDI: NAVIENTFKASMDOE.COM | Jun 09 2022 03:58:00 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15453632 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 23:55:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15453651 | + | EDI: CCS.COM | Jun 09 2022 03:58:00 | Progessive Insurance, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15453653 | + | EDI: PINNACLE.COM | Jun 09 2022 03:58:00 | Radius Global Solutions, Attn: Bankruptcy, 7831 Glenroy Rd, Ste 250, Edina, MN 55439-3117 |
| 15453652 | + | EDI: PINNACLE.COM | Jun 09 2022 03:58:00 | Radius Global Solutions, 9550 Regency Square Blvd, Jacksonville, FL 32225-8116 |
| 15453656 | + | EDI: CITICORP.COM | Jun 09 2022 03:58:00 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 15453659 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 08 2022 23:55:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15453658 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 08 2022 23:55:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15453660 | ^ | MEBN | Jun 08 2022 23:50:09 | Tri-State Adjustments, PO Box 3219, La Crosse, WI 54602-3219 |
| 15453663 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 23:55:00 | Zales, c/o Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Equity Prime Mortgage LLC |
| aty | *P++ | JOHN C MELARAGNO, 502 WEST SEVENTH STREET, ERIE PA 16502-1333, address filed with court:, John C. Melaragno, Trustee, 502 West 7th Street., Erie, PA 16502 |
| 15453639 | *+ | FBCS, Inc., 330 Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 15453644 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15453646 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 15453650 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |

Case 22-10069-TPA   Doc 16   Filed 06/10/22   Entered 06/11/22 00:26:50   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0315-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 318 | Total Noticed: 37 |

| 15453648 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15453642 | ##+ | National Recovery, 4201 Crums Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 1 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Equity Prime Mortgage LLC bnicholas@kmllawgroup.com |
| John C. Melaragno, Trustee | on behalf of Trustee John C. Melaragno  Trustee johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com |
| John C. Melaragno, Trustee | johnm@mplegal.com jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com |
| Kenneth Steidl | on behalf of Debtor Justin S. Boumans julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5